IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No.08-cv-02780-PAB-KMT

TRINA S. GARCIA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Individually and as Director of the Colorado Department of Corrections,
MARK A. BROADDUS, Individually and in his capacity as Warden of the Denver Women's Correctional Facility, and
BRANDON GONZALES, Individually and in his capacity as an employee of the Colorado Department of Corrections,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 4 2009

**GREGORY C. LANGHAM**
                     **CLERK**

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after

service of process on the defendants.

DATED April 13, 2009.

                BY THE COURT:

                s/Philip A. Brimmer
                PHILIP A. BRIMMER
                United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02780-PAB-KMT

Thomas A. Barnes
Attorney at Law
**DELIVERED ELECTRONICALLY**

Aristedes Zavaras, Mark A. Broaddus,
and Brandon Gonzales  – **WAIVER***
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Aristedes Zavaras, Mark A. Broaddus, and Brandon Gonzales COMPLAINT FILED 12/23/08, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/14/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk