IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.08-cv-02780-PAB-KMT

TRINA S. GARCIA,

    Plaintiff,

v.

ARISTEDES W. ZAVARAS, Individually and as Director of the Colorado Department of
    Corrections,
MARK A. BROADDUS, Individually and in his capacity as Warden of the Denver
    Women's Correctional Facility, and
BRANDON GONZALES, Individually and in his capacity as an employee of the
    Colorado Department of Corrections,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on plaintiff's motion to strike [Docket No. 61] the motion to dismiss and for summary judgment filed by defendants Mark A. Broaddus and Aristedes W. Zavaras [Docket No. 60]. The Court is fully apprised of the grounds for plaintiff's motion and has considered defendants' response [Docket No. 62]. It is

    **ORDERED** that plaintiff's motion to strike [Docket No. 61] is DENIED. The Court permits the July 12, 2010, filing of defendants' motion to dismiss and for summary judgment [Docket No. 60].

    DATED July 21, 2010.