IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02780-PAB-KMT

TRINA S. GARCIA,

    Plaintiff,

v.

BRANDON GONZALES,

    Defendant.

---

## MINUTE ORDER

---

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on the motion for attorney's fees [Docket No. 118] filed on behalf of plaintiff by her counsel, Ms. Arly Miner.  On March 27, 2012, the Court awarded [Docket No. 116] plaintiff compensatory damages in the amount of $25,000.00 and $50,000.00 of punitive damages, and judgment [Docket No. 117] entered accordingly on March 29, 2012.  The Court informed plaintiff that, if she were to seek any attorney's fees incurred in this case, she must file a post-judgment motion complying with Federal Rule of Civil Procedure 54(d)(2), D.C.COLO.LCivR 54.3, and 42 U.S.C. § 1997e(d).  The present motion fails to comply with D.C.COLO.LCivR 54.3 and 42 U.S.C. § 1997e(d).  *Cf.* Fed. R. Civ. P. 54(d)(2).  The Court, however, will not resolve the motion on its merits because Ms. Miner is not a member of this Court's bar.  *See* Docket No. 119 ("Notice of Non-Admitted Attorney").  Therefore, pursuant to D.C.COLO.LCivR 11.1(A), it is

    **ORDERED** that plaintiff's motion for attorney's fees [Docket No. 118] is STRICKEN.

    DATED April 18, 2012.